**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 53 MM 2022

Respondent :

v. :

ANTHONY CAIBY, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.

    This matter is REMANDED to the Court of Common Pleas of Monroe County for a determination as to whether Petitioner is entitled to court-appointed counsel on allocatur review and, if so, to appoint that counsel. The Court of Common Pleas of Monroe County is ORDERED to enter its order on remand within 90 days and to notify this Court promptly of its determination.